UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AMEX ELECTRIC SERVICES, INC.; and ABEL ALVAREZ | § § § § | |
| Plaintiffs. | § § | |
| VS. | § § | CIVIL ACTION NO. 3:18–CV–00268 |
| BLANCHARD REFINING CO., LLC, d/b/a GALVESTON BAY REFINERY | § § § § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

Pending before the Court is the Memorandum and Recommendation of United States Magistrate Judge Andrew M. Edison. On May 3, 2019, United States District Judge George C. Hanks, Jr. referred Defendant Blanchard Refining Company LLC's Motion to Dismiss ("Motion to Dismiss") to this Court. *See* Dkt. 21. On June 6, 2019, Judge Edison filed a Memorandum and Recommendation recommending the Motion to Dismiss be DENIED. Dkt. 26.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 26) be **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant Blanchard Refining Company LLC's Motion to Dismiss (Dkt. 12) is **DENIED**.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 24th day of June, 2019.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge