United States District Court
Southern District of Texas
**ENTERED**
February 10, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AMEX ELECTRIC SERVICES, INC.; and ABEL ALVAREZ | § § § § § § § § § § § § § | |
| Plaintiffs. | | |
| VS. | | CIVIL ACTION NO. 3:18–CV–00268 |
| BLANCHARD REFINING CO., LLC, d/b/a GALVESTON BAY REFINERY | | |
| Defendant. | | |

# ORDER ADOPTING MAGISTRATE JUDGE'S
# MEMORANDUM AND RECOMMENDATION

On January 15, 2020, United States Magistrate Judge Andrew M. Edison filed a Memorandum and Recommendation (Dkt. 54) recommending that Defendant's Motion for Summary Judgment (Dkt. 40) be **GRANTED**.

On January 23, 2020, Plaintiffs filed their Objections. *See* Dkt. 57. On February 6, 2020, Defendant responded to Plaintiffs' Objections. *See* Dkt. 59. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's

Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 54) be **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant Blanchard Refining Company LLC's Motion for Summary Judgment (Dkt. 40) is **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED this 10th day of February, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE